In The United States
District Court For The
Middle District of Pennsylvania

Quartus Lamar Pratt
    Plaintiff

    v.    Complaint
        Civ. No.

Federal Bureau of Prisons
    Defendant

FILED
SCRANTON
JUL 19 2011
Per_____
DEPUTY CLERK

## I. Jurisdiction and Venue

1. This is a civil action authorized by 5 U.S.C. 702 right of review, 5 U.S.C. 703 form and venue of proceeding, and 5 U.S.C. 706 scope of review. The court has jurisdiction under 28 U.S.C. 1361 action to compel an officer of the United States to perform his duty.

## II. Plaintiff

2. Plaintiff, Quartus Lamar Pratt, is and was at all times mentioned herein a prisoner of United States in the custody of the Federal Bureau of Prisons. I am currently confined in the United States Penitentiary, in Lewisburg, Pennsylvania.

### III. Defendant

3. Defendant, Federal Bureau of Prisons

### IV. Facts

4. On October 13, 2010 I was assaulted by an inmate who, upon information and belief, is mentally ill. I was attacked while I was in handcuffs waiting to go to recreation.

5. Before the incident occured I asked the Senior Officer Klossner if I could move out to another cell however there is no way to prevent inmates from being assaulted inside the cell in hand restraints.

6. When an inmate is brought into a cell occupied by another inmate, both inmates are placed in handcuffs. One inmate at a time has to be released from their hand restraints before the other inmate is released from their hand restraints. In many incidents, inmates have been assaulted by other inmates in this situation.

7. I had to recieve medical attention from 'Nurse' Prince for my injuries because of bleeding, lacerations, and bruises I recieved on the right side of my face near my eye and under the lower lip of my mouth.

8. After the assault took place I do not feel safe around any inmate and I feel paranoid every time I am placed in hand restraints around an inmate who isn't. I have requested to be placed in a 'single' cell by myself for my own safety but my request was denied.

9. I am taking medication because of depression, disturbing dreams, and sleeping problems. I also have an anti-social disorder. The medication that I take keeps me calm but I do feel very sleepy and slow which makes me feel vulnerable and uncomfortable around others.

10. I have exhausted all my remedies but have been denied any type of relief.

11. In support of my complaint I have Exhibit(s) F, G, I thru W.

V. Exhaustion of Legal Remedies

12. Plaintiff Quartus Lamar Pratt used the prisoner grievance procedure available at Lewisburg - United States Penitentiary to try and solve the problem. On December 14, 2010 plaintiff filed an Informal Resolution presenting the facts relating to this complaint. On December 21, 2010 request was denied. On January 6, 2011 plaintiff filed a Request for Administrative Remedy to solve the problem. On January 26, 2011 request was denied. On January 30, 2011 plaintiff filed a Regional Administrative Remedy Appeal to solve the problem. On March 27, 2011, plaintiff's appeal was

denied. On March 27, 2011 plaintiff filed a Central Office Administrative Remedy Appeal to solve problem. On April 14, 2011 plaintiff's appeal was denied.

13. Also, plaintiff Quartus Lamar Pratt filed an Informal Resolution, on October 28, 2010 presenting facts relating to this complaint, to try and solve problem. On December 5, 2010 plaintiff's request was denied. On January 7, 2011 plaintiff filed a Request for Administrative Remedy to solve the problem. On January 26, 2011 request was denied. On Febuary 25, 2011 plaintiff filed Regional Administrative Remedy Appeal to solve the problem. On April 1, 2011 appeal was denied. On April 18, 2011 plaintiff filed a Central Office Administrative Remedy Appeal to solve problem. On May 11, 2011 appeal was denied.

## VI. Legal Claims

14. Plaintiff reallege and incorporate by reference paragraphs 1-13.

15. The unsafe condition, of being assaulted in hand restraints, which does, threatens the life of a person, violated plaintiff Quartus Lamar Pratt's rights and constituted cruel and unusual punishment; unsecured protection of person; injustice; and deprivation of life

4 of 6

under the United States Constitution, especially the fifth and eighth amendment.

under the United States Constitution, especially the fifth and eighth amendment.

16. The plaintiff has no plain, adequate, or complete remedy at law to redress the wrongs described herein.

### VII. Prayer for Relief

Wherefore, plaintiff respectfully prays that this court enter judgement granting plaintiff

17. A cell by himself for protection against inmate assault.

18. An order to a Federal Medical Hospital for Mental Health treatment

19. A declaration that the acts and omissions described herein violated plaintiff's rights under the Constitution and laws of the United States.

20. A jury trial on all issues triable by jury

21. Any additional relief this court deems just and proper.

Dated: July 13, 2011

Respectfully Submitted
Quartus Lamar Pratt #34829-007
P.O. Box 1000
Lewisburg, PA 17837

Verification

I have read the foregoing complaint and hereby verify that the matters alleged therein are true, except as to matters alleged on information and belief, and, as to those, I believe them to be true. I certify under penalty of perjury that the foregoing is true and correct.

Executed at Lewisburg, Pennsylvania on July 13, 2010
Date

_____/Quartus Lamar Pratt
Signature / Printed Name

6 of 6